**Order filed, June 26, 2018.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00517-CV

_____

## SAN JACINTO RIVER AUTHORITY, Appellant

## V.

## CORBERT BROCKET ET AL, Appellee

**On Appeal from the 270th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2018-10534**

## ORDER

The reporter's record in this case was due June 1, 2018. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order Karen DeShelter, the court reporter, to file the record in this appeal **within 15 days** of the date of this order.

PER CURIAM